·HAMPTON E. WILLIAMS, PROSECUTOR, v. BOARD OF COM-
MISSIONERS OF THE BOROUGH OF AUDUBON. RE-
SPONDENT.

Decided October 3, 1924.

**Ordinances—Street Improvements—Irregularity in Procedure
Not Jurisdictional Defect.**

On application for a writ of *certiorari.*

Before Justices KALISCH and CAMPBELL.

For the applicants, *Louis B. LeDuc.*

For the respondent, *R. Wayne Kraft.*

PER CURIAM.

This is an application, made upon notice, for a writ of
*certiorari* to review an ordinance of the borough of Audubon,
providing for the widening and improving of East Atlantic
avenue.

It is urged that under the rule laid down in *Haake* v. *Nor-
wood,* 2 *N. J. Adv. R.* 1046, the ordinance was im-
properly passed. This is not the first application made for a
writ of *certiorari* to review this ordinance. Mr. Justice Kat-
zenbach, on June 17th, 1924, allowed a rule to show cause
for that purpose, and this rule was dismissed on July 14th,
1924.

The infirmity in the ordinance complained of, we think,
was a mere irregularity in procedure and not for jurisdic-
tional defect, but, even if that be not so, we feel it is but a
proper exercise of discretion that the writ should be denied,
for the reason that at the time of giving notice of such ap-
plication the borough had sold and delivered its bonds and
received the money therefor covering the cost of this and
other improvements, and had also entered into a contract for
the work contemplated by the ordinance, and work had been
done thereunder and public moneys expended therefor.

The application for the writ is therefore denied, with costs.